**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

GEORGE A.  SANDERS, JR.,                 )
                                          )
                         Plaintiff,       )
vs.                                       )          NO.  CIV-13-0907-HE
                                          )
CAROLYN W. COLVIN,                        )
Acting Commissioner of the Social,        )
Security Administration                   )
                                          )
                         Defendant.       )

## ORDER

Plaintiff George A. Sanders Jr. filed this action appealing the final decision of the Commissioner of the Social Security Administration denying his application for supplemental security income and disability insurance benefits.  Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Charles B. Goodwin, who has recommended that the Commissioner's decision be reversed and the matter remanded for further proceedings.  Judge Goodwin concluded that the administrate law judge's analysis at step three was inconsistent with the findings of step two and otherwise not sufficiently clear to allow for judicial review.

Having failed to object to the Report and Recommendation, the parties have waived their right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C).  Accordingly, the court adopts Magistrate Judge Charles Goodwin's Report and Recommendation, **REVERSES** the final decision of the Commissioner and **REMANDS** the

1

case for further proceedings consistent with the Report and Recommendation, a copy of which is attached to this order. This decision does not suggest or imply any view as to whether plaintiff is or is not disabled, or what result should be reached on remand.

**IT IS SO ORDERED**.

Dated this 24th day of March, 2015.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE